AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ELIZABETH ALIDI MILLER, In Re the Welfare of R.M., a minor,

    Plaintiff,

v.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-409-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss is granted. Plaintiff's action is dismissed without prejudice for lack of subject matter jurisdiction, and Judgment is hereby entered in favor of Defendant Department of Social and Health Services.

January 17, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb